UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

TEAMSTERS LOCAL 456 PENSION, HEALTH & )
WELFARE, ANNUITY, EDUCATION & TRAINING, )
INDUSTRY ADVANCEMENT, AND LEGAL SERVICES )
FUNDS by Louis A. Picani, Joseph Sansone, Dominick )
Cassanelli, Jr., Roger Taranto, Ross Pepe, Jeffrey Isaacs, John )
Cooney, Jr., and Simone M. Almeida as Trustees and fiduciaries )
of the Funds, and WESTCHESTER TEAMSTERS LOCAL )  **DEFAULT**
UNION NO. 456, )  **JUDGMENT**
                                                                                          )
                                                          Plaintiffs, )
                         - against – )  Civil Action No.
                                                                                          )  7-24-cv-02933 (PMH)
C.K. INDUSTRIES CORP., and CHARLES KILMER, )
individually, )
                                                                                          )
                                                          Defendants. )
_____

**UPON THE READING AND FILING OF THE ORDER TO SHOW CAUSE** filed by the Plaintiffs, the Trustees of the Teamsters Local 456 Pension, Health and Welfare, Annuity, Education and Training, Industry Advancement, and Legal Services Funds together with the Westchester Teamsters Local Union No. 456, as well as the Affidavit of Daniel Kornfeld, dated the 25th day of July 2024, the Affidavit of Brenda Ritch, dated the 24th day of July 2024, the Notice of Motion, Complaint, the Memorandum of Law, the Statement of Damages, and the Affidavits of Service together with the exhibits attached thereto; and

**UPON** the failure of Defendant C.K. Industries Corp. and Charles Kilmer, individually, to appear before the Honorable Court;

**IT IS HEREBY ORDERED** pursuant to Rules 54 and 55 of the Federal Rules of Civil Procedure, as well as Section 502(g)(2) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1132(g)(2), and Section 301(a) of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. §185(a):

1

1. That Plaintiffs' Motion for Default Judgment is hereby **GRANTED**; and

2. That Plaintiffs shall recover judgment against Defendants C.K. Industries Corp. and Charles Kilmer, joint and severally in the total amount of ~~$21,501.21~~, representing **$23,208.31** $18,790.00 in contributions related to work in covered employment during the period February 1, 2024 through June 30, 2024, plus $4,418.31 in attorneys' fees and costs; and

3. That Plaintiffs shall additionally recover judgment against Defendant C.K. Industries Corp. in the amount of $3,863.87, representing $1,175.00 in deductions for the period February 1, 2024 through June 30, 2024, plus $809.87 in interest, plus $1,879.00 in liquidated damages; and

4. That Plaintiffs shall additionally recover judgment against Defendant Charles Kilmer for $728.88 in interest; and

5. That the Plaintiffs shall have immediate execution on this Judgment, and Plaintiffs shall be entitled to post-judgment interest at the rate provided for by 29 U.S.C. §1961(a).

Dated: ~~July ___, 2024~~
White Plains, New York
September 17, 2024
**ENTERED:**

_____
Honorable Philip M. Halpern
U.S. District Court Judge

2

4892-3660-3089